IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Juanita Kidd Stout Center for Criminal Justice,
1301 Filbert Street,
Suite 310B,
Philadelphia, PA 19107

DATE: June 11, 2024

RE:    FLEETWOOD v. OBERLANDER et al
Civil Action No. 21-CV-4945
County Criminal No. CP-0008910-2009

To the Clerk:

   The above captioned case has now been disposed of, and we are returning the State Court Record which was ordered to this Court by United States Magistrate Judge Sitarski on 11/29/2021.

Very truly yours,

   s/Kristen Pepin
Deputy Clerk to Judge Cynthia M. Rufe

Encl.

cc: Clerk of Court for filing

------------------------------------------------------------------

Please sign and return this letter to ECF_Documents@paed.uscourts.gov as a receipt for the return of the State Court.

SIGNATURE:

DATE:

Rev. (4/21)